JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALEXANDER STROSS, | ) | Case No. CV 20-6303 FMO (PDx) |
| Plaintiff, | ) | |
| v. | ) | **JUDGMENT** |
| JAMES GOSA REAL ESTATE, INC., et al., | ) | |
| Defendants. | ) | |

IT IS ADJUDGED THAT the above-captioned action is dismissed without prejudice.

Dated this 12th day of January, 2021.

/s/
Fernando M. Olguin
United States District Judge